**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6492**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLLIAM ROBERT RUNNELLS, JR.,

Defendant - Appellant.

─────────────

**No. 99-6493**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM ROBERT RUNNELLS, JR.,

Defendant - Appellant.

─────────────

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior District Judge.  (CR-88-36, CA-96-1154-2, CR-88-53)

─────────────

Submitted:  August 19, 1999          Decided:  August 25, 1999

─────────────

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

William Robert Runnells, Jr., Appellant Pro Se. James Ashford Metcalfe, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Robert Runnells, Jr., seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeals on the reasoning of the district court. See United States v. Runnells, Nos. CR-88-36, CR-88-53, CA-96-1154-2 (E.D. Va. Dec. 31, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>